■ JEFFREY LAING et al., Appellants, v INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Respondent. JEFFREY LAING et al., Appellants, v BUSHIN AND ROSMAN, Defendant. [610 NYS2d 774] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered October 28, 1992, which denied plaintiffs' motion to set aside a stipulation of settlement, unanimously affirmed, without costs.

Plaintiffs have provided no basis for vacating the settlement, entered in open court, absent proof that it was induced by fraud. Concur—Wallach, J. P., Ross, Rubin, Nardelli and Williams, JJ.